DOMINICK MELICHAR, Respondent, *v.* ROBERT MICHELSON, Respondent.

SOCIETY OF THE NEW YORK HOSPITAL, Appellant.

In the Matter of the Application of THE SOCIETY OF THE NEW YORK HOSPITAL, Appellant.

DOMINICK MELICHAR et al., Respondents.

Submitted July 11, 1939; decided July 11, 1939.

*David Wohl* for motions.

*Emanuel Hoyt* opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of motion. (See 281 N. Y. 671.)